Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01872-RFB-EJY<br><br>**STIPULATION RE: CONSENT TO ELECTRONIC SERVICE;** [PROPOSED] **ORDER** |

Plaintiffs, ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, KYLE SMITH and THEODORE HUNTSMAN (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

1. The PARTIES consent to electronic service of all documents in the above-referenced action pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

1

DATED: March 15, 2021            PETER GOLDSTEIN LAW CORP

By:  /s/ Peter Goldstein
     PETER GOLDSTEIN
Attorneys for Plaintiffs
*ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT*

DATED: March 15, 2021            MARQUIS AURBACH COFFING

By:  /s/ Craig R. Anderson
     CRAIG R. ANDERSON
Attorneys for Defendants
*LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH and THEODORE HUNTSMAN*

IT IS SO ORDERED

DATED this 15th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2