Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:	(702) 474-6400
Facsimile:	(888) 400-8799

*Attorney for Plaintiffs*
*ROCHELLE SCOTT, individually, and as co-special*
*administrator of the estate of ROY ANTHONY SCOTT;*
*and FREDRICK WAID, as co-special administrator*
*of the estate of ROY ANTHONY SCOTT*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01872-RFB-EJY<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS ADDITIONAL THREE WEEKS TO FILE RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION** |

Plaintiffs, ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, KYLE SMITH and THEODORE HUNTSMAN (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs shall have an additional 3 weeks to file their response to Defendants Motion for Summary Judgment filed on February 7, 2022, making their response due on March 21.

1

IT IS SO STIPULATED.

DATED: February 7, 2022          PETER GOLDSTEIN LAW CORP


By:  /s/ Peter Goldstein
    PETER GOLDSTEIN
Attorneys for Plaintiffs
*ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT*


DATED: February 7, 2022          MARQUIS AURBACH COFFING


By:  /s/ Craig R. Anderson
    CRAIG R. ANDERSON
Attorneys for Defendants
*LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH and THEODORE HUNTSMAN*


IT IS SO ORDERED

DATED this 8th day of February, 2022.


_____
RICHARD E. BOULWARE, II
United States District Court

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 7th day of February, 2022, a true and correct copy of the following document **STIPULATION AND ORDER ALLOWING PLAINTIFFS ADDITIONAL THREE WEEKS TO FILE RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Craig R. Anderson, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:   (702) 382-0711
Facsimile:   (702) 382-5816
Email: canderson@maclaw.com
             SMong@maclaw.com
*Attorney for Defendants*
*Las Vegas Metropolitan Police Department,*
*Kyle Smith and Theodore Huntsman*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By:_____
      An Employee of Peter Goldstein Law Corp

3