Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*ROCHELLE SCOTT, individually, and as co-special*
*administrator of the estate of ROY ANTHONY SCOTT;*
*and FREDRICK WAID, as co-special administrator*
*of the estate of ROY ANTHONY SCOTT*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01872-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF No. 19]**<br><br>**(Second Request)** |

Plaintiffs, ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, KYLE SMITH and THEODORE HUNTSMAN (collectively hereinafter the "PARTIES"), by and through their counsel of record, submit this Stipulation and Order to Extend Deadline for Plaintiffs' to File their Response to Defendants' Motion for Summary Judgment [ECF No. 19] (Second Request) as follows:

///

I. **PROCEDURAL HISTORY**

1. On February 7, 2022, LVMPD Defendants filed their Motion for Summary Judgment [ECF No. 19].

2. On February 8, 2022, Plaintiffs submitted and were granted a first extension of time to file their Response to Defendants' Motion for Summary Judgment [ECF No. 19], to March 21, 2022.

3. Between February 9 – February 25, 2022, Plaintiff's counsel has been in extensive depositions in three separate cases, a mediation, and in a jury trial from February 28, 2022 until March 4, 2022 in *Vasquez-Brenes v. LVMPD, et al.,* A-17-752742-C.

4. In addition, the undersigned will be out of the office taking depositions in Reno, Nevada the week of March 14 - 18, 2022.

II. **STIPULATION AND ORDER**

Based upon the above, the parties hereby STIPULATE TO THE FOLLOWING:

1. Plaintiffs' Response to Defendants' Motion for Summary Judgment {ECF No. 19] would be extended from March 21, 2022 to **April 5, 2022**.

IT IS SO STIPULATED this 8th day of March, 2022.

| | |
|---|---|
| PETER GOLDSTEIN LAW CORP | MARQUIS AURBACH COFFING |
| By: /s/ Peter Goldstein | By: /s/ Craig R. Anderson |
| *Attorney for Plaintiffs ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT* | CRAIG R. ANDERSON<br>Attorneys for Defendants *LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH and THEODORE HUNTSMAN* |

IT IS SO ORDERED

DATED this 10th day of March, 2022.

RICHARD F. BOULWARE, II
United States District Court

2

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada.  I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 9th day of March, 2022, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION [ECF no. 19] (Second Request)** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

>Craig R. Anderson, Esq.
>MARQUIS AURBACH COFFING
>10001 Park Run Drive
>Las Vegas, Nevada 89145
>Telephone:     (702) 382-0711
>Facsimile:      (702) 382-5816
>Email: canderson@maclaw.com
>             SMong@maclaw.com
>*Attorney for Defendants*
>*Las Vegas Metropolitan Police Department,*
>*Kyle Smith and Theodore Huntsman*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp

3



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

## SCOTT - Stipulation and Order to Extend Deadline for Plts' Response to MSJ [19]
3 messages

**Kris Bechtold** <pglawstaff@petergoldsteinlaw.com>  Tue, Mar 8, 2022 at 1:34 PM
To: Craig Anderson <canderson@maclaw.com>, Sherri Mong <smong@maclaw.com>
Cc: Peter Goldstein <peter@petergoldsteinlaw.com>
Bcc: Peter Goldstein <pglawstaff@petergoldsteinlaw.com>, Jeremy Friedman <friedman313@gmail.com>

Hi - Attached please find a Stipulation and Order to Extend Deadline for Plaintiffs' Response to Defendants' MSJ [19] (Second Request) for your review. Please let us know of any changes and/or if you agree to affix your signature.
Thank you,
Kris Bechtold
Legal Assistant



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

 **SAO re extend time to file response to MSJ [019].doc**
66K

---

**Craig Anderson** <canderson@maclaw.com>  Tue, Mar 8, 2022 at 3:30 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Sherri Mong <SMong@maclaw.com>
Cc: Peter Goldstein <peter@petergoldsteinlaw.com>

Fine with me



**Craig R. Anderson, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.942.2136

f | 702.382.5816

canderson@maclaw.com | vcard

maclaw.com



 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
**Sent:** Tuesday, March 8, 2022 1:35 PM
**To:** Craig Anderson <canderson@maclaw.com>; Sherri Mong <SMong@maclaw.com>
**Cc:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Subject:** [External] SCOTT - Stipulation and Order to Extend Deadline for Plts' Response to MSJ [19]


Hi - Attached please find a Stipulation and Order to Extend Deadline for Plaintiffs' Response to Defendants' MSJ [19] (Second Request) for your review. Please let us know of any changes and/or if you agree to affix your signature.

Thank you,

Kris Bechtold

Legal Assistant

[Quoted text hidden]

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>                                                      Tue, Mar 8, 2022 at 3:31 PM
To: Craig Anderson <canderson@maclaw.com>
Cc: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Sherri Mong <SMong@maclaw.com>

Thanks Craig, will get filed tomorrow first thing.



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


[Quoted text hidden]