Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

*Attorney for Plaintiffs*
*ROCHELLE SCOTT, individually, and as co-special*
*administrator of the estate of ROY ANTHONY SCOTT;*
*and FREDRICK WAID, as co-special administrator*
*of the estate of ROY ANTHONY SCOTT*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT,<br><br>                          Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually; and DOES 1-10, inclusive,<br><br>                          Defendants. | Case No. 2:20-cv-01872-RFB-EJY<br><br>**APPENDIX OF EXHIBITS FILED BY PLAINTIFFS IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 19]** |

| | | |
|---|---|---|
| Exhibit 1 | Declaration of Peter Goldstein in Support of Plaintiffs' Response to Defendants' Motion for Summary Judgment [Dkt. 19] | Pages 1-4 |
| Exhibit 2 | Videos and Frame-by-Frame Excerpts from Bodyworn camera (BWC) footage (on a USB Flash Drive containing electronic files designated by Plaintiffs as Exhibits 2-a, 2-b, 2-c, 2-d) | Manually Filed |
| | Exhibit 2-a: Excerpted Portion of Huntsman BWC Footage in Slow-Motion | Manually Filed |
| | Exhibit 2-b: Frame-by-Frame Excerpted Portion of Huntsman BWC Footage (PDF file included on USB Flash Drive and also filed electronically) | Pages 1 – 42 and Manually Filed |
| | Exhibit 2-c: Excerpted Portion of Smith BWC Footage | Manually Filed |
| | Exhibit 2-d: Excerpted Portion of Smith BWC Footage in Slow-Motion | Manually Filed |

1

| | | |
|---|---|---|
| Exhibit 3 | Force Investigation Team (FIT) Report (LVMPD 000001 – LVMPD 000029) | Pages 1-29 |
| Exhibit 4 | Transcript of Post-Incident Interview of Officer Theodore Huntsman (LVMPD 000185 – LVMPD 000230) | Pages 1-46 |
| Exhibit 5 | Transcript of Post-Incident Interview of Officer Kyle Smith (LVMPD 000231– LVMPD 000277) | Pages 1-47 |
| Exhibit 6 | Two Screenshots from Officers' Body-Worn Camera (BWC) Footage of Officer's Knee on Roy Scott's Back | Pages 1-2 |
| Exhibit 7 | Seven Screenshots of Officers' Body-Worn Camera (BWC) Footage with Flashlight | Pages 1-7 |
| Exhibit 8 | Excerpts of LVMPD's Responses to Plaintiffs' Second Set of Requests for Admissions | Pages 1-4 |
| Exhibit 9 | Excerpts Of LVMPD's Responses To Plaintiffs' First Set Of Requests For Production Of Documents | Pages 1-4 |
| Exhibit 10 | Excerpts from Officer Theodore Huntsman's Responses to Plaintiffs' First Set Of Requests for Admissions | Pages 1-8 |
| Exhibit 11 | Excerpts from Officer Theodore Huntsman's Responses to Plaintiffs' First Set of Interrogatories | Pages 1-6 |
| Exhibit 12 | Excerpts from Officer Kyle Smith's Responses to Plaintiffs' Requests for Admissions | Pages 1-7 |
| Exhibit 13 | Excerpts from Officer Kyle Smith's Answers to Plaintiffs' First Set of Interrogatories | Pages 1-6 |
| Exhibit 14 | Defendant LVMPD's Second Supplemental Responses to Plaintiffs' Third Set of Requests for Production of Documents with Exhibit A: Office of Internal Oversight for Death of Byron Lee Williams (Bates LLV190900020669) | Pages 1-12 |
| Exhibit 15 | Force Investigation Team (FIT) Report for Death of Byron Lee Williams, redacted by LVMPD | Pages 1-28 |
| Exhibit 16 | Email Summary of CIRT Finding [LVMPD 000945-000946] | Pages 1-2 |
| Exhibit 17 | Expert Report by Kris Sperry, MD served on 12/3/2021 | Pages 1-12 |
| Exhibit 18 | Declaration of Expert Kris Sperry, MD | Pages 1 |
| Exhibit 19 | Expert Report by Scott Defoe served on 12/3/2021 | Pages 1-33 |
| Exhibit 20 | Declaration of Expert Scott DeFoe | Pages 1 |
| Exhibit 21 | Resuscitation Journal Article dated 2-16-2022 | Pages 1-6 |
| Exhibit 22 | Excerpts Of LVMPD's Responses To Plaintiffs' Fourth Set Of Requests For Production Of Documents | Pages 1-3 |

2

| | | |
|---|---|---|
| Exhibit 23 | Excerpts from Officer Theodore Huntsman's Responses to Plaintiffs' Second Set of Interrogatories | Pages 1-5 |
| Exhibit 24 | Excerpts from Officer Kyle Smith's Answers to Plaintiffs' Second Set of Interrogatories | Pages 1-5 |
| Exhibit 25 | Pleading Pages for LVMPD Defendants' Expert Disclosures | Pages 1-6 |
| Exhibit 26 | Emails between Attorneys of August 20, 2021 Regarding Plaintiffs' Counsel's Unavailability for Deposition Dates Scheduled by Defense Counsel | Pages 1-5 |

DATED this 5th day of April, 2022.

PETER GOLDSTEIN LAW CORP


/s/ Peter Goldstein
PETER GOLDSTEIN [SBN 6992]
*Attorney for Plaintiffs*
ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; and FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Run Park Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 5th day of April, 2022, a true and correct copy of the following document **APPENDIX OF EXHIBITS FILED BY PLAINTIFFS IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 19]** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Craig R. Anderson, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:   (702) 382-0711
Facsimile:   (702) 382-5816
Email: canderson@maclaw.com
           SMong@maclaw.com
*Attorney for Defendants*
*Las Vegas Metropolitan Police Department,*
*Kyle Smith and Theodore Huntsman*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp