**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Smith and Huntsman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCHELLE SCOTT, individually and as Co-Special Administrator of the Estate of ROY ANTHONY SCOTT and FREDRICK WAID, as Co-Special Administrator of the Estate of ROY ANTHONY SCOTT,<br><br>           Plaintiffs,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually and DOES 1-10, inclusive,<br><br>           Defendants. | Case Number:<br>2:20-cv-1872-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LVMPD DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 25)**<br><br>**(FIRST REQUEST)** |

     Plaintiffs, by and through their counsel of record, Peter Goldstein, Esq. of Peter Goldstein Law Corp. and Defendants, by and through their counsel of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby submit this Stipulation and Order to Extend the Deadline for the LVMPD Defendants to file their Reply to Plaintiffs' Response to Motion for Summary Judgment (First Request). (ECF No. 25)

**I.     PROCEDURAL HISTORY**

     1.     On February 7, 2022, the LVMPD Defendants filed their Motion for Summary Judgment. (ECF No. 19)

     2.     On April 5, 2022, the Plaintiffs filed their Memorandum of Points and Authorities in Response to Defendants' Motion for Summary Judgment. (ECF No. 25)

     3.     The LVMPD Defendants' Reply to Plaintiffs' Opposition is currently due April 19, 2022.

MAC:14687-307 4678329_1 4/7/2022 3:52 PM

4. The undersigned counsel is out of town the week of April 11-15, 2022.

5. Therefore, defense counsel will not have enough time to file a proper Reply to Plaintiffs' Response by the April 19, 2022 deadline.

6. Defendants respectfully request, and Plaintiffs do not oppose, a three (3) week extension to file their Reply brief.

## II. STIPULATION AND ORDER

Based upon the above, the parties hereby STIPULATE TO THE FOLLOWING:

1. The LVMPD Defendants' Reply to Plaintiffs' Memorandum of Points and Authorities in Response to Defendants' Motion for Summary Judgment would be extended from April 19, 2022 to **May 10, 2022.**

IT IS SO STIPULATED this 7th day of April, 2022.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants LVMPD,<br>Smith and Huntsman | By: *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiffs |

IT IS SO ORDERED this 8th day of April, 2022.



RICHARD E. BOULWARE, II
United States District Court

MAC:14687-307 4678329_1 4/7/2022 3:52 PM