**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Smith and Huntsman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCHELLE SCOTT, individually and as Co-Special Administrator of the Estate of ROY ANTHONY SCOTT and FREDRICK WAID, as Co-Special Administrator of the Estate of ROY ANTHONY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-1872-RFB-EJY<br><br>**LVMPD DEFENDANTS' NOTICE OF APPEAL** |

Notice is hereby given that Defendants Las Vegas Metropolitan Police Department, Kyle Smith, and Theodore Huntsman, by and through their attorneys of record, Marquis Aurbach, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order [Granting in Part and Denying in Part Their Motion for Summary Judgment (ECF No. 32) entered in this action on March 14, 2023.

Dated this 29th day of March, 2023.

MARQUIS AURBACH

By *s/Craig R. Anderson*
 Craig R. Anderson, Esq.
 Nevada Bar No. 6882
 10001 Park Run Drive
 Las Vegas, Nevada 89145
 Attorneys for Defendants LVMPD, Smith and Huntsman

## **REPRESENTATION STATEMENT**

| | |
|---|---|
| Defendants/Appellants: | Las Vegas Metropolitan Police Department<br>Kyle Smith<br>Theodore Huntsman |
| Represented by: | Craig R. Anderson, Esq.<br>Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>canderson@maclaw.com |
| Plaintiffs/Appellees: | Rochelle Scott<br>Frederick Waid |
| Represented by: | Peter Goldstein, Esq.<br>Peter Goldstein Law<br>10161 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 474-6400<br>peter@petergoldsteinlaw.com |

MAC:14687-307 5028177_1.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' NOTICE OF APPEAL** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 29th day of March, 2023.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/Leah Dell*
an employee of Marquis Aurbach