UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:20-cv-01872-RFB-EJY

Court of Appeals Case Number: 23-15480

Case Caption: Estate of Scott et al v. LVMPD et al

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 06/22/22 | 31 | Hearing on Summary Judgment | Patty Ganci | No |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: 03/31/23

/s/ Craig R. Anderson
Signature

Craig R. Anderson
Print Name

Appellants LVMPD, Smith, and Huntsman
Appellant/Appellee