|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 23 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>KYLE SMITH; et al.,<br><br>　　　　Defendants-Appellants. | No. 23-15480<br><br>D.C. No. 2:20-cv-01872-RFB-EJY<br>District of Nevada, Las Vegas<br><br>ORDER |

Before: W. FLETCHER, CALLAHAN, and BENNETT, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 15) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The motion to transmit physical exhibits (Docket Entry No. 11) will be addressed by separate order.

The opening brief and excerpts of record have been filed. The answering brief is due November 22, 2023. The optional reply brief is due within 21 days after service of the answering brief.

OSA114