**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Smith and Huntsman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCHELLE SCOTT, individually and as Co-Special Administrator of the Estate of ROY ANTHONY SCOTT and FREDRICK WAID, as Co-Special Administrator of the Estate of ROY ANTHONY SCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE SMITH, individually; THEODORE HUNTSMAN, individually and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-1872-RFB-EJY<br><br>**JOINT STATUS REPORT** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Kyle Smith ("Ofc. Smith") and Officer Theodore Huntsman ("Ofc. Huntsman) (collectively "LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiffs Rochelle Scott, individually and as Co-Special Administrator of the Estate of Roy Anthony Scott and Fredrick Waid, as Co-Special Administrator of the Estate of Roy Anthony Scott, and through their attorney of record, Peter Goldstein Law Corp., hereby submit their Joint Status Report pursuant to the Court's Minute Order (ECF No. 38).

1. <u>Pending Motions and/or Matters Which Require the Attention of This Court.</u>

- On March 14, 2023 this Court entered its Order granting in part and denying in part Defendants' Motion for Summary Judgment.

- The Defendants filed an interlocutory appeal to the Ninth Circuit Court of Appeals based on qualified immunity.

- The Appeal is fully briefed and oral argument is scheduled **May 13, 2024** in Phoenix, Arizona.

2. <u>Statement by Counsel of Action Required to be Taken by this Court.</u>

The Parties agree the Ninth Circuit appeal will clarify the issues remaining for trial. After the Ninth Circuit entertains oral argument and issues an order, the Parties will prepare and file a Joint PreTrial Memorandum and request a trial date.

3. <u>List of Attachments.</u>

None.

Dated this 25th day of April, 2024.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiffs |